UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――――― x
                                            :
ROBERT ZIMMERMAN,                           :
                                            :
                Plaintiff,            :
                                            :
     -v-                                    :  No. 17CV4503 (unassigned)
                                            :
UBS AG et al.,                              :  **NOTICE OF APPEARANCE**
                                            :
                Defendants.           :
                                            :
                                            :
――――――――――――――――――――――――――――― x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants UBS AG; UBS Group AG; UBS Securities, L.L.C.; UBS Financial Services, Inc.; and UBS Americas Holding, L.L.C. in the above-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 13, 2017

                                              Respectfully submitted,

                                              **KATTEN MUCHIN ROSENMAN LLP**

                                              By: */s/ David L. Goldberg*
                                                  David L. Goldberg
                                            575 Madison Ave.
                                            New York, NY 10022
                                            Tel.: (212) 940-6787
                                            Fax: (212) 940-8776
                                            Email: david.goldberg@kattenlaw.com