UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Robert Zimmerman,                                    Civil Action No: 17-cv-04503-JMF

                Petitioner

                                                           **AFFIDAVIT OF SERVICE**

    -against-

Ernst & Young LLP,

                Defendant.
------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF QUEENS, ss.

        CHRISTOPHER BAEZ being duly sworn, says:

1. I am not a party to this action, am over 18 years of age and reside at:
   33-40 149 PL FLUSHING NY 11354

2. On September 05, 2017, at 11:19 A.M., at Five Times Square New York, NY 10036. I served the within Summons in a Civil Action on Ernst & Young LLP by delivering a true copy on Marlene Pangilinan, Senior Legal Assistant personally.

3. Deponent describes the individual served as follows:

<u>Sex</u>: [] Male  [X] Female
<u>Height</u>:  [] Under 5'  [X] 5'0"-5'3"  [] 5'4"-5'8"  [] 5'9"-6'0"  [] Over 6'
<u>Weight</u>:  [] Under 100 Lbs  [X] 100-130 Lbs  [] 131-160 Lbs  [] 161-200 Lbs  [] Over 200 Lbs
<u>Age</u>:  [] 14-20 Yrs  [] 21-35  [X] 36-50 Yrs  [] 51-65 Yrs  [] Over 65
<u>Hair Color</u>:  [] Black  [X] Brown  [] Blond  [] Grey  [] Red  [] White  [] Balding  [] Bald
<u>Color of Skin</u> - describe color: Brown
<u>Other identifying features</u>, if any:

                                                                   Name: CHRISTOPHER BAEZ

Subscribed and sworn to before me
on Sept. 7 2017
                  Notary Public
My commission expires on 2/6/2021

INGRID S IGLESIAS
Notary Public – State of New York
NO. 01IG6354185
Qualified in Queens County
My Commission Expires Feb 6, 2021

DOCUMENT ELECTRONICALLY FILED
9-19-17



Zimmerman Lane
329 Sandpiper
Hampstead NC
28443

U.S. District Court of the
Southern District of N.Y.
Pro Se Intake Unit
Daniel Patrick Moynihan Courthouse
500 Pearl St. Rm. 200
New York, N.Y. 10007

10007-133099

2017 SEP 19