```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2018
```

**Plaintiff's deadline to file his opposition brief is hereby extended to March 26, 2018; any replies shall be filed by April 2, 2018. Plaintiff is granted leave to file a consolidated opposition brief up to 40 pages.**

**The Clerk of Court is directed to mail a copy of this endorsed letter to Plaintiff.**

**SO ORDERED.**

*[signature]*

**February 12, 2018**

February 5, 28, 2018

<u>By Mail:</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

Re:   *Robert Zimmerman v. UBS Ag, et al*, No, 17-CV-4503-JMF

Dear Judge Furman:

This letter is a request for more time and pages with which to Oppose UB S and EY's motions to dismiss, each 25 pages long and replete with single-spaced small print footnotes, which are really just a means to circumvent the Court's 25-page Rule.

UBS is the greatest offender by far with approximately 13 inches of purported small print footnotes scattered over 10 of their 25 pages, and very hard to read.

I'm respectfully requesting an additional 25 pages and 21 days with which to submit the Court Ordered single opposition motion to cover the two motions to dismiss now filed.

*Bloomberg News* Analytics, which I bumped into accidentally, reports that approximately 89% of the cases, most of which I assume are represented by attorneys, do not survive a motion to dismiss. Does this mean that this Pro Se Plaintiff has zero chance of surviving?

Most respectfully submitted by,

*[signature]*

Robert Zimmerman, 329 Sandpiper Lane, Hampstead, NC 28443
Tel: 910-232-8990,  Email: BobZimmerman@usa.com