

**575 Madison Avenue**
**New York, NY 10022-2585**
**212.940.8800 tel**
**212.940.8776 fax**

**DAVID L. GOLDBERG**
david.goldberg@kattenlaw.com
212.940.6787 direct
212.940.8776 fax

March 27, 2018

**By ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    *Robert Zimmerman v. UBS AG, et al.*, 17-CV-4503 (JMF)

Dear Judge Furman:

This firm is counsel to certain UBS-related entities and individuals (collectively, "UBS") named as defendants in the above-captioned case. We write to request a one-week extension — from April 2, 2018 to April 9, 2018 — in UBS's time to reply to the brief of plaintiff Robert Zimmerman ("Plaintiff") in opposition to UBS's motion to dismiss the complaint. This is UBS's first request for such an extension.

Pursuant to this Court's order of February 12, 2018 (Docket Entry No. 81), Plaintiff's opposition to UBS' motion to dismiss was to be filed and served no later than March 26, 2018 – a deadline that had previously been extended from March 5, 2018. (Docket Entry No. 79.) Plaintiff's opposition, however, was not received (via posting on the Court's electronic case filing docket) until March 27, 2018. (Docket Entry No. 83.) Moreover, per this Court's permission, Plaintiff's opposition brief runs 40 pages – longer than the standard 25 pages allotted for opposition papers in this District. Given both the length and lateness of Plaintiff's opposition, as well as the upcoming religious holidays, UBS believes that a one-week extension of its reply deadline is reasonable and that such an extension will permit UBS to respond fully and effectively to Plaintiff's opposition brief.

On March 27, 2017, the undersigned wrote by email to plaintiff Robert Zimmerman to request his consent to an adjournment. Plaintiff declined to consent

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   IRVING   LONDON   LOS ANGELES   NEW YORK   OAKLAND   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC   WWW.KATTENLAW.COM

LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN UK LLP

A limited liability partnership including professional corporations



Page 2

In light of the foregoing, UBS respectfully requests that its deadline to file reply papers be extended from April 2, 2018 to April 9, 2018.

Respectfully submitted,

*/s/ David L. Goldberg*
David L. Goldberg

cc:   Robert Zimmerman (by email and U.S. mail)
      All Counsel of Record (by ECF)