March 22, 2018

**By Mail:**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

Re:   *Robert Zimmerman v. UBS Ag, et al*, No, 17-CV-4503-JMF

Dear Judge Furman:

This letter is a request for permission to submit four additional exhibits to the Court as evidence in support of Plaintiff's claims and requests for declaratory and injunctive relief.

The first exhibit is evidence that UBS intends to issue and underwrite a new series of billions of dollars of unsecured notes similar in kind to its previous ETNs, but not called an ETN. The series of notes will be sold to the public with a product supplement and shelf registration statement similar to CEFL and without any disclosure of UBS's criminal history.

The second exhibit describes newly discovered UBS financial crimes.

The third exhibit is the DOJ's Appendix A to its prosecution of UBS for LIBOR manipulation and contains detailed evidence of how UBS traders conducted this manipulation with the knowledge of their superiors.

The fourth exhibit describes a prospective ban by Hong Kong authorities on UBS's issuance of initial public offerings.

Each of these exhibits were newly discovered by Plaintiff.

Most respectfully submitted by First Class Mail on March 22, 2018.

Robert Zimmerman
329 Sandpiper Lane
Hampstead, NC 28443
Tel: 910-232-8990, Email: BobZimmerman@usa.com



Zimmerman
329 Sandpiper Lane
Hampstead, NC
28443

Pro Se Intake Section
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St. Room 200
New York, NY 10007