April 12, 2018

By Mail:

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

Re:   Robert Zimmerman v. UBS Ag, et al, No, 17-CV-4503-JMF

Dear Judge Furman:

   Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Robert Zimmerman respectfully requests that, in connection with Plaintiff's Declaration, his First Amended Complaint, his Opposition to Defendant's Motions to Dismiss and Reply Briefs Motions and his Motion to Strike Defendant's Motions to Dismiss and Reply Briefs, previously filed, the Court take judicial notice of each of the documents listed below.

   Under Rule 201(d) courts shall take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

   For the reasons set forth above, Plaintiff respectfully requests this Court to take judicial notice of each of the following 25 exhibits:

   Exhibit A is a true and correct copy of UBS employees calling UBS securities "Crap and Vomit" 1 page.

Exhibit B is a true and correct copy of one of UBS's DOJ Non-Prosecution Agreements….6 pages.

Exhibit C is a true and correct copy of the UBS AG Shelf Registration Statement under which CEFL was issued…79 pages.

Exhibit D is a true and correct copy of Ernst & Young Ltd.'s unqualified opinion letters for UBS AG for 2013 to 2016.

Exhibit E is a true and correct copy of Page 67 and Note 22 to UBS AG's 2015 Annual Report, 13 pages.

Exhibit F is a true and correct copy of UBS's Product Supplement for CEFL…62 pages.

Exhibit G is a true and correct copy of the Clintons sordid UBS affair…2 pages.

Exhibit H is a true and correct copy of UBS CEO's pay raise…1 page.

Exhibit I is a true and correct copy of Attorney General remarks re: UBS crimes from 2012 to 2015…6 pages.

Exhibit J is a true and correct copy of an SEC Cease and Desist Order…7 pages.

Exhibit K is a true and correct copy of the "Risk Factors" section of the UBS Product Supplement for CEFL…14 pages.

Exhibit L is a true and correct copy of pages 11-13 of the DOJ/UBS Joint Sentencing Memorandum…3 pages.

Exhibit M is a true and correct copy of Schwab's failure to alert their customers to the dangers inherent in investing in CEFL…3 pages.

Exhibit N is a true and correct copy of UBS's guilty plea to aiding and abetting U.S. tax evaders…2 pages.

Exhibit O is a true and correct copy of a DOJ amendment to DOJ/UBS NPA…3 pages.

Exhibit P is a true and correct copy of three UBS letters to the SEC imploring them for leniency…39 pages.

Exhibit Q is a true and correct copy of an Affidavit of Service for Robert McCann…1 page.

Exhibit R is a true and correct copy of Schwab's account pages showing Plaintiff's financial loss…2 pages.

Exhibit S is a true and correct copy of a partial rendering of EY and Schwab crimes…15pages.

Exhibit T is a true and correct copy of UBS's breach of the 2012 DOJ NPA and guilty plea…1 page.

Exhibit U is a true and correct copy of EY LLC's unqualified audit opinion letters for UBS Securities LLC…5 pages.

Exhibit V is a true and correct copy of a letter criticizing FINRA written by a FINRA arbitrator and attorney…10 pages.

Exhibit W is a true and correct copy of Why Good Accountants Do Bad Audits…10 pages.

Exhibit X is a true and correct copy of UBS's crimes from Note 20 to UBS's Annual Report for 2016…23 pages.

Exhibit Y is a true and correct copy of a Federal Judge Slamming FINRA Arbitration…4 pages. to immediately Answer Plaintiff's First Amended Complaint or default.

Most respectfully submitted by mail on April 12, 2018.

_____
Robert Zimmerman, 329 Sandpiper Lane, Hampstead, NC 28443
Tel: 910-232-8990, Email: BobZimmerman@usa.com



Zimmerman
329 Sand Cipa Lane
Hampstead, NC
28443

United States District Court-Southern District
Pro Se Intake Unit
Daniel Patrick Moynihan Courthouse
500 Pearl St. Room 200
New York, NY 10007

