April 23, 2018

**<u>By</u> Mail:**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

Re:   *Robert Zimmerman v. UBS Ag, et al*, No, 17-CV-4503-JMF

Dear Judge Furman:

    I am writing to apologize to the Court and Defendants for submitting what this Court has deemed "frivolous" Motions to Strike. I had thought such motions could be filed at any time and did not realize the term "fully briefed" applied to such motions.

    Most respectfully submitted by mail on April 23, 2018.

Robert Zimmerman, 329 Sandpiper Lane, Hampstead, NC 28443
Tel: 910-232-8990, Email: BobZimmerman@usa.com



Zimmerman
329 Sandpiper Lane
Hampstead, NC
28443

CHARLOTTE
NC 282
23 APR '18
PM 5 L

U.S. District Court for Southern District of NY
Pro Se Intake Unit
Daniel Patrick Moynihan Courthouse
500 Pearl St. Room 200
New York, NY 10007