

January 24, 2020

The Honorable Jesse M. Furman
United States District Court Judge in the Southern District of New York

**Re:** *Robert Zimmerman v. UBS Ag, et al*, No, 17-CV-4503-JMF

Dear Judge Furman:

Inasmuch as neither Schwab defendants nor I have pursued FINRA arbitration, I hereby respectfully request that you dismiss all defendants in this action and issue an Order of Final Judgment dismissing this action.

Thank you for your consideration.

Submitted by U.S. mail on January 24, 2020

Robert Zimmerman

Robert Zimmerman, 329 Sandpiper Lane, Hampstead, NC 28443
Tel: 910-232-8990, Email: BobZimmerman@usa.com

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 24, 2020, Robert Zimmerman served a copy of the above request to dismiss all defendants in this action and issue an Order of Final Judgment dismissing this action was served by U.S. mail on the following attorneys for the defendants in this action on January 24, 2020:

David Goldberg, Katten Law, 575 Madison Ave., N.Y., N.Y. 10022

Richard Marooney, King & Spalding, 1185 Ave., of Americas, N.Y., N.Y. 10036

Charles Michael, Steptoe Law, 1114 Ave. of Americas, N.Y., N.Y. 10036

Dated January 24, 2020 and signed below by Robert Zimmerman

_____
Robert Zimmerman



Zimmerman
329 Sandpiper Lane
Hampstead NC
28443

Judge Jesse M. Furman
U.S. District Court
500 Pearl St.
NY, NY 10007

RECEIVED
FEB 6 - 2020
PRO SE OFFICE

CHARLOTTE NC 282
27 JAN 2020 PM 4 L

10007-131608