January 24, 2020

United States District Court for the Southern District of New York
Records Department-Room 370
500 Pearl St.
New York, New, York 10007

**Re:** *Robert Zimmerman v. UBS* **Ag**, *et al*, No, 17-CV-4503-JMF

Please issue a Final Judgment in the above-captioned lawsuit.

Thank you.

Submitted by mail on January 24, 2020.

_____
Robert Zimmerman

Robert Zimmerman, 329 Sandpiper Lane, Hampstead, NC 28443
Tel: 910-232-8990, Email: BobZimmerman@usa.com



1

10007-131508

U.S. District Court
Records Dept. — Room 370
500 Pearl St.
NY, NY 10007

CHARLOTTE NC
27 JAN 2020 PM

32 USA