UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

ROBERT ZIMMERMAN,                   :

                      Plaintiff,       :

                                  :            17-CV-4503 (JMF)

             -v-                   :

                                  :               <u>ORDER</u>

CHARLES SCHWAB & CO., INC.; CHARLES     :
SCHWAB; and WALT BETTINGER,        :

                                  :

                      Defendants.    :

                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 24, 2018, the Court entered an Opinion and Order dismissing several of Plaintiff's claims and staying the case pending arbitration of Plaintiff's remaining claims against the Schwab Defendants.  *See* ECF No. 101.  On February 6, 2020, the Court received two letters from Plaintiff requesting that the Court issue a final judgment dismissing this action as to all Defendants.  *See* ECF Nos. 106-07.  By **February 20, 2020**, Defendants shall submit a joint letter, not to exceed three pages, noting their opposition, if any, to Plaintiff's letter.  If Plaintiff's motion is unopposed, Defendants shall file a proposed judgment by the same date.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 13, 2020
      New York, New York

                                   _____
                                       JESSE M. FURMAN
                                 United States District Judge